<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| JAMES JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action |
| v.   ) | No. 14-cv-03099 |
| ) | |
| CORRECTIONAL OFFICER, "C.O." ) | |
| KENNETH DAVISON, ) | |
| ) | |
| Defendant ) | |

<u>O R D E R</u>

NOW, this 8th day of April, 2016, upon consideration of Defendant Davidson's Motion for Judgment on the Pleadings, which motion was filed February 25, 2016 (Document 45) and Plaintiff, Response, With Brief In Support To Defendent [sic] Motion to Dismiss Complaint, which response was filed by plaintiff pro se on March 30, 2016 ("Plaintiff's Response") (Document 50), and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant Davidson's Motion for Judgment on the Pleadings is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge