```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES JONES,                      )
                                  )
       Plaintiff         )
                                  )    Civil Action
  v.                              )    No. 14-cv-03099
                                  )
CORRECTIONAL OFFICER, "C.O."      )
  KENNETH DAVIDSON,               )
                                  )
       Defendant         )

O R D E R

NOW, this 8th day of August, 2016, upon consideration of Defendant's Motion for Summary Judgment, which motion was filed June 14, 2016 (Document 62), together with Exhibits A through E (Documents 62-2 through 62-6); Plaintiff, Response in Oppossition [sic] to Defendant Motion for Summary Judgement, which response was filed June 24, 2016 (Document 64); and Motion to Modify Case Management Order Pursuant to F.R.C.P. 16(b)(4), which motion was filed by defendant on August 8, 2016 ("Motion for Extension") (Document 71); and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Correctional Officer, "C.O." Kenneth Davidson, and against plaintiff James Jones.

<u>IT IS FURTHER ORDERED</u> that the Motion for Extension is dismissed as moot.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


<u>/s/ James Knoll Gardner</u>
James Knoll Gardner
United States District Judge